CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 1 7 2005

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

IN THE MATTER OF THE SEARCH OF : SEALED
███████████████████████ :
███████████████████████ : Criminal No. 3:05/MJ00160

## ORDER

It is hereby ORDERED that the Application and Affidavit for Search Warrant and all related documents in the above-captioned matter be placed under seal for thirty days.

ENTERED: This 17th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE